# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br>    Plaintiff,<br><br>v.<br><br>BJ'S WHOLESALE CLUB, INC.,<br>    Defendant. | C.A. No. 18-682-GMS<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### DEFENDANT BJ'S WHOLESALE CLUB, INC.'S
### RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to D. Del. LR 7.1.2, Defendant BJ's Wholesale Club, Inc. ("BJ's") respectfully moves this Court to dismiss Plaintiff Symbology Innovations LLC's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in BJ's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: May 29, 2018                              Respectfully submitted,

                                                  **FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (No. 4515)
     222 Delaware Avenue, 17th Floor
     Wilmington, Delaware 19801
     (302) 658-5070 (Telephone)
     (302) 652-0607 (Facsimile)
     janderson@fr.com

     Neil J. McNabnay, *pro hac vice filed*
     David B. Conrad, *pro hac vice filed*
     Ricardo J. Bonilla, *pro hac vice filed*
     Theresa M. Dawson, *pro hac vice filed*
     Rodeen Talebi, *pro hac vice filed*
     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 (Telephone)
     (214) 747-2091 (Facsimile)
     mcnabnay@fr.com
     conrad@fr.com
     rbonilla@fr.com
     tdawson@fr.com
     talebi@fr.com

**COUNSEL FOR DEFENDANT
BJ'S WHOLESALE CLUB, INC.**