IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** | |
| Plaintiff, | C.A. No. 1:18-cv-00682-GMS |
| v. | **TRIAL BY JURY DEMANDED** |
| **BJ'S WHOLESALE CLUB, INC.,** | |
| Defendant. | |

### RESPONSE TO COUNTERCLAIMS

Plaintiff and Counterdefendant Symbology Innovations, LLC ("Symbology") hereby responds to and answers the Counterclaims (Dkt. No. 9) of Defendant and Counterclaimant BJ'S Wholesale Club, Inc., ("BJ Corporation" or "Counterclaimant") as follows:

### PARTIES

1. Symbology admits the allegations in Paragraph 1.

2. Symbology admits the allegations in Paragraph 2.

### JURISDICTION

3. Paragraph 3 requires no response from Symbology. Symbology re-alleges and incorporates by reference the statements and allegations set forth in paragraphs 1-2 with the same force and effect as if fully rewritten herein.

4. Symbology admits that the counterclaims purport to arise under the patent laws of the United States, Title 35, United States Code and that jurisdiction of this Court is proper under 28 U.S.C. §§ 1331, 1338, and 2201–02. Symbology denies any and all remaining allegations in Paragraph 4.

5. Symbology admits the allegations in Paragraph 5.

6. Symbology admits that venue is proper this district pursuant at least 28 U.S.C. § 1400. Symbology denies any and all remaining allegations in Paragraph 6.

## COUNT I

### DECLARATION REGARDING NON-INFRINGEMENT

7. Paragraph 7 requires no response from Symbology. Symbology re-alleges and incorporates by reference the statements and allegations set forth in paragraphs 1-6 with the same force and effect as if fully rewritten herein.

8. Symbology admits the allegations in Paragraph 8.

9. Symbology denies the allegations in Paragraph 9.

10. Symbology admits that BJ, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §2201 et seq., purports to request a declaration by the Court that BJ does not infringe any claim of the Asserted Patents under any theory (including directly (whether individually or jointly) or indirectly (whether contributorily or by inducement)). Symbology denies any and all remaining allegations in Paragraph 10.

## COUNT II

### DECLARATION REGARDING INVALIDITY

11. Paragraph 11 requires no response from Symbology. Symbology re-alleges and incorporates by reference the statements and allegations set forth in paragraphs 1-10 with the same force and effect as if fully rewritten herein.

12. Symbology admits the allegations in Paragraph 12.

13. Symbology denies the allegations in Paragraph 13.

14. Symbology admits that BJ, pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §2201 et seq., purports to request a declaration by the Court that the Asserted Patents are invalid for failure to comply with one or more of the requirements of United

States Code, Title 35, including without limitation, 35 U.S.C. §§ 101, 102, 103, and 112, and the rules, regulations, and laws pertaining thereto. Symbology denies any and all remaining allegations in Paragraph 14.

## PRAYER FOR RELIEF

Counterclaimant's Prayer For Relief requires no answer. To the extent that an answer is required, Symbology denies any and all allegations in the Prayer For Relief and denies that Counterclaimant is entitled to any relief, including any declaration, injunction, costs, attorneys' fees, expenses, or any other relief of any kind, including, without limitation, subparagraphs (a) through (h) of Counterclaimant's Prayer For Relief.

## JURY DEMAND

Symbology admits that BJ purports to demand a trial by jury of this action.

## GENERAL DENIAL

Symbology denies each and every allegation in the Counterclaims to which Symbology has not specifically responded and expressly admitted, including any allegations that may be implied by or inferred from the headings of the same.

## AFFIRMATIVE DEFENSES

### First Defense
### (Failure to State a Claim)

1. The Counterclaims fail to state a claim upon which relief can be granted. The Counterclaims do not meet the pleading requirements set forth in the Federal Rules of Civil Procedure as explained by the U.S. Supreme Court in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). Specifically, the Counterclaims fail to properly allege non-infringement of the Asserted Patents as well as invalidity under the provisions of Title 35, United States Code.

**Second Defense**
**(No Exceptional Case or Attorney's Fees)**

2.      Counterclaimant cannot meet the requirements for an exceptional case or an award of attorney's fees pursuant to 35 U.S.C. § 285.

**Third Defense**
**(Reservation of all affirmative defenses)**

3.      Symbology reserves the right to assert additional affirmative defenses and other defenses permitted under the Federal Rules of Civil Procedure, the patent laws of the United States, and/or at law or in equity, as they may now exist, be discovered, or otherwise become available based on discovery and further investigation in this case.

**PRAYER FOR RELIEF**

The Counterclaims should be dismissed, and the relief Symbology prays for in the Complaint should be granted.

Dated: June 11, 2018

Respectfully Submitted,

STAMOULIS & WEINBLATT LLC

/s/Stamatios Stamoulis_____
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917

Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS, LLC**