IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br>     Plaintiff,<br><br>v.<br><br>BJ'S WHOLESALE CLUB, INC.,<br>     Defendant. | C.A. No. 1:18-cv-00682-GMS<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT BJ'S WHOLESALE CLUB, INC.'S
RULE 12(b)(6) MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant BJ's Wholesale Club, Inc. ("BJ's") respectfully moves this Court to dismiss Plaintiff Symbology Innovations LLC's First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in BJ's Opening Brief in Support of its Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim, which is being filed contemporaneously herewith.

1

Dated: June 25, 2018                                  Respectfully submitted,

                                              **FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (No. 4515)
     222 Delaware Avenue, 17th Floor
     Wilmington, Delaware 19801
     (302) 658-5070 (Telephone)
     (302) 652-0607 (Facsimile)
     janderson@fr.com

     Neil J. McNabnay
     David B. Conrad
     Ricardo J. Bonilla
     Theresa M. Dawson
     Rodeen Talebi
     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 (Telephone)
     (214) 747-2091 (Facsimile)
     mcnabnay@fr.com
     conrad@fr.com
     rbonilla@fr.com
     tdawson@fr.com
     talebi@fr.com

COUNSEL FOR DEFENDANT
BJ'S WHOLESALE CLUB, INC.