IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS LLC, | § § § | |
| Plaintiff, | § § § | CASE NO. 1:18-cv-00682-GMS |
| v. | § § § | |
| BJ'S WHOLESALE CLUB, INC., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC and Defendant BJ's Wholesale Club, Inc., pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice, with each party to bear its own costs, expenses and attorney's fees.

Dated: July 17, 2018

**FISH & RICHARDSON P.C.**
By: /s/ Jeremy D. Anderson
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay, pro hac vice filed
David B. Conrad, pro hac vice filed
Ricardo J. Bonilla, pro hac vice filed
Theresa M. Dawson, pro hac vice filed
Rodeen Talebi, pro hac vice filed
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile
mcnabnay@fr.com

Respectfully Submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
**STAMOULIS & WEINBLATT LLC**
stamoulis@swdelaw.com
*Richard C. Weinblatt (#5080)*
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

| | |
|---|---|
| conrad@fr.com<br>rbonilla@fr.com<br>tdawson@fr.com<br>talebi@fr.com<br><br>**COUNSEL FOR DEFENDANT**<br>**BJ'S WHOLESALE CLUB, INC.** | Email: etorres@ferraiuoli.com<br><br>Jean G. Vidal Font<br>USDC No. 227811<br>**Ferraiuoli LLC**<br>221 Plaza, 5th Floor<br>221 Ponce de León Avenue<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: jvidal@ferraiuoli.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**SYMBOLOGY INNOVATIONS LLC** |

**SO ORDERED,** this _____ day of _____, 2018.

_____
Honorable Gregory M. Sleet